UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

S.H., A MINOR, BY AND THROUGH
HIS PARENTS AND LEGAL
GUARDIANS, *et al.*,

    Plaintiffs,

vs.

O'REILLY AUTO
ENTERPRISES, LLC,

    Defendant.

Case No. 3:25-cv-34

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

**ORDER: (1) OVERRULING DEFENDANT'S OBJECTIONS (Doc. No. 22) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; (2) ADOPTING THE REPORT AND RECOMMENDATION (Doc. No. 21); (3) REMANDING THIS CASE TO THE COURT OF COMMON PLEAS OF CLARK COUNTY, OHIO FOR LACK OF SUBJECT-MATTER JURISDICTION; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**
_____

The Court has reviewed the Report and Recommendation of Magistrate Judge Caroline H. Gentry (Doc. No. 21), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Gentry recommends that this Court remand this previously removed case to the Common Pleas Court of Clark County, Ohio due to a lack of subject-matter jurisdiction. Doc. No. 21 at PageID 117. Defendant O'Reilly Auto Enterprises, LLC timely filed objections to the Report and Recommendation. Doc. No. 22. As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed Judge Gentry's comprehensive findings and considered *de novo* all filings in this matter, including Defendant's objections.

Upon careful *de novo* review of the foregoing, the Court determines that the Judge Gentry's Report and Recommendation applies the correct law, is well reasoned, and should be adopted. Accordingly, the Court: (1) **OVERRULES** Defendant's objections (Doc. No. 22); (2) **ADOPTS** the

Report and Recommendation of the Magistrate Judge (Doc. No. 21) in its entirety; (3) **REMANDS** this case to the Court of Common Pleas of Clark County, Ohio for lack of subject-matter jurisdiction; and (4) **TERMINATES** this case on the Court's docket.

    **IT IS SO ORDERED.**

February 5, 2026　　　　　　　　　　　　　　s/*Michael J. Newman*
                                                                            Hon. Michael J. Newman
                                                                            United States District Judge